IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boyd, Shannon D

Printed: 12/16/08

Case Number: 07 B 06747
Judge: Hollis, Pamela S
Filed: 4/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 6, 2008
Confirmed: June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,993.00 |  |
| Secured: |  | 4,691.69 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 438.31 |
| Other Funds: |  | 363.00 |
| Totals: | 7,993.00 | 7,993.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nella E Mariani PC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 9,490.86 | 4,533.91 |
| 4. | Chase Home Finance | Secured | 19,783.92 | 157.78 |
| 5. | Payday Loan | Unsecured | 85.22 | 0.00 |
| 6. | CitiFinancial Auto Credit Inc | Unsecured | 772.37 | 0.00 |
| 7. | Insta Cash | Unsecured | 37.15 | 0.00 |
| 8. | Illinois Lending Corporation | Unsecured | 157.09 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 358.11 | 0.00 |
| 10. | HSBC Bank USA | Unsecured | 61.80 | 0.00 |
| 11. | Nicor Gas | Unsecured | 90.04 | 0.00 |
| 12. | QC Financial Services | Unsecured | 83.35 | 0.00 |
| 13. | AmeriCash Loans, LLC | Unsecured | 131.35 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 183.97 | 0.00 |
| 15. | Check N Go | Unsecured |  | No Claim Filed |
| 16. | Advance America | Unsecured |  | No Claim Filed |
| 17. | Payday Loan | Unsecured |  | No Claim Filed |
| 18. | One Iron Ventures | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,735.23 | $ 7,191.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 282.94 |
| 6.5% | 155.37 |
|  | $ 438.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Boyd, Shannon D

Printed: 12/16/08

Case Number:  07 B 06747
Judge:  Hollis, Pamela S
Filed:  4/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

